IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Tron Holdings LLC,** | Case No. 1:25-cv-01798-JAV |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Fareportal Inc.,** | |
| Defendant. | |

### ORDER GRANTING JOINT STIPULATION OF DISMISSAL

The request to dismiss all claims against Defendant Fareportal Inc. WITH PREJUDICE and all counterclaims against Plaintiff Tron Holdings LLC WITHOUT PREJUDICE is hereby GRANTED.

Each party shall bear its own costs, expenses, and attorneys' fees.

**SIGNED** this day  15  of     April     2025.

_____
HONORABLE JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE